Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Jeremy Lateiner (SBN 238472)
jlateiner@goodwinlaw.com
Brendan E. Radke (SBN 275284)
bradke@goodwinlaw.com
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041



FILED
APR 17 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



In re DMCA Subpoena to StarMaker Interactive Inc.

Case No. CV 18 80068 MISC.

**DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF 17 U.S.C. § 512(h) SUBPOENA**

I, Neel Chatterjee, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, and counsel for Chantale Sauve ("Sauve") and Nicholas Farish ("Farish") in the above-referenced matter. I make this declaration based upon matters within my own personal knowledge and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of Sauve's and Farish's request for issuance of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to ascertain the identity or identities of alleged infringer(s) of copyrighted materials that are accessible on websites, apps and/or servers operated by Starmaker Interactive Inc.

3. The purpose for which the DMCA Subpoena is sought is to obtain the identity of the alleged infringer(s) and such information will be used only for the purpose of protecting rights under

Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of April, 2018 in Menlo Park, California.

/s/ _____
NEEL CHATTERJEE

ACTIVE/94841044.4

2

DECLARATION